Chief Justice CASTILLE, and Justice SAYLOR, EAKIN and BAER and TODD and GREENSPAN join the opinion.

**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Robert WHARTON, Appellant.**

Supreme Court of Pennsylvania.

Dec. 17, 2008.

Michael Wiseman, Esq., Victor J. Abreu, Jr., Esq., Federal Public Defender's Office, Middle District of Pennsylvania, Philadelphia, for Robert Wharton.

Hugh J. Burns, Esq., Amy Zapp, Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD, McCAFFFERY and GREENSPAN, JJ.

---

11.  Appellants also claim in their brief that the Township's characterization of the same property both as prime commercial land and as blighted establishes that the Township acted arbitrarily. However, their complaint does not allege that the Township acted arbitrarily in this regard; the complaint only alleges bad faith. Accordingly, the issue of whether the Township acted arbitrarily was neither before the lower courts, nor before this Court.

## ORDER

PER CURIAM.

**AND NOW,** this 17th day of December, 2008, the order of the PCRA court is affirmed. *See Commonwealth v. Marshall,* 596 Pa. 587, 947 A.2d 714, 720–22 (2008).